

# Fourth Court of Appeals
## San Antonio, Texas

March 20, 2014

No. 04-13-00792-CV

Richard **LARES,**
Appellant

v.

Martha **FLORES,**
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2006-CI-15663
Honorable Solomon Casseb, III, Judge Presiding

# O R D E R

Sitting: Catherine Stone, Chief Justice
Karen Angelini, Justice
Luz Elena D. Chapa, Justice

Appellant Richard Lares filed a pro se brief on March 6, 2014. The brief is materially deficient in the following respects:

(1) the brief does not contain a table of contents, TEX. R. APP. P. 38.1(b);

(2) the brief does not contain an index of authorities, TEX. R. APP. P. 38.1(c);

(3) the brief does not include a statement of the nature of the case and the course of the proceedings, supported by references to the appellate record, TEX. R. APP. P. 38.1(d);

(4) the statement of facts is not supported by any references to the appellate record, TEX. R. APP. P. 38.1(g);

(5) the argument does not contain appropriate citations to legal authorities and to the appellate record, TEX. R. APP. P. 38.1(i);

(6) the brief does not contain a certificate of service, as required by Rule 9.5, acknowledging that appellant served a copy of the brief on counsel for appellee, TEX. R. APP. P. 9.5(a),(d),(e).

Appellant is advised that as a pro se litigant, he must comply with all applicable procedural rules, and is held to the same standards as a licensed attorney. *Paselk v. Rabun*, 293 S.W.3d 600, 611 (Tex. App.—Texarkana 2009, pet. denied); *Sweed v. City of El Paso*, 346 S.W.3d 679, 680 (Tex. App.—El Paso 2009, pet. denied). A pro se litigant is required to properly present his case on appeal. *Sweed*, 346 S.W.3d at 680.

We therefore **order** Lares to file an amended brief **by April 21, 2014**. If Lares fails to file an amended brief that corrects the deficiencies listed above, we "may strike the brief, prohibit [appellant] from filing another, and proceed as if [appellant] had failed to file a brief." *See* TEX. R. APP. P. 38.9(a); *see also id.* R. 38.8(a) (authorizing this court to dismiss appeal if appellant fails to timely file brief). In preparing the amended brief, appellant is cautioned that each statement in the brief about the proceedings in the trial court or about the evidence offered or admitted at such proceedings must be supported by a citation to the appropriate volume and page of the clerk's or reporter's record. Appellant's legal arguments must be supported by appropriate citations to both the appellate record and relevant legal authorities.

Appellant, who is indigent and incarcerated, also complains he has not received a copy of the appellate record. Accordingly, the clerk of this court is ordered to send a copy of the appellate record to appellant together with this order.[1]


_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of March, 2014.

_____
Keith E. Hottle
Clerk of Court

---

[1] The appellate record in this case consists of the Clerk's Record, the Supplemental Clerk's Record, the Reporter's Record of the proceedings held October 22, 2013, and the Reporter's Record of the proceedings held January 8, 2014.